IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| VT HALTER MARINE, INC. § | | PLAINTIFF |
| § | | |
| v. § | | Civil No. 1:11cv250HSO-RHW |
| § | | |
| WARTSILA NORTH AMERICA, INC. § | | DEFENDANT |

## JUDGMENT

This matter came on to be heard on the Motion to Compel Arbitration [10-1] filed by Defendant Wartsila North America, Inc., on October 3, 2011. The Court, having considered the record, the pleadings on file, the briefs and arguments of the parties, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Wartsila's Motion to Compel Arbitration [10-1] is **GRANTED**, and the parties in this action are ordered to submit the disputed matter to arbitration.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this case is hereby **DISMISSED WITH PREJUDICE**, and any and all remaining pending motions are hereby **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 14th day of December, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE